### DORSETT v. STATE. (No. 7518.)

(Court of Criminal Appeals of Texas. March 7, 1923.)

Criminal ,law &#8918;1144(17)—Judgment will be presumed correct in absence of statement of facts or bills of exception.

Every thing must be presumed in favor of the correctness of a judgment, in the absence of a statement of facts or bills of exception.

Appeal from Nacogdoches County Court; J. M. Marshall, Judge.

Vernon Dorsett was convicted of unlawfully carrying a pistol, and appeals. Judgment affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for unlawfully carrying a pistol. Punishment assessed was a fine of $100.

The record before us is without statement of facts or bills of exception. Everything must be presumed in favor of the correctness of the judgment, and same must be affirmed.